## EXHIBIT 1

## MANUALLY FILED WITH THE COURT

USB thumb drive containing the downloaded copy of the Kars4Kids television commercial located at https://www.youtube.com/watch?v=F94DBBJjzko identified as "Exhibit 1" to the Declaration of Robyn E. Bladow in Support of Defendants' Motion to Dismiss.