# EXHIBIT 3



https://www.kars4kidsprograms.org/act-now/          Go

188 captures
26 Mar 2015 - 16 Dec 2025

JUN **NOV** JAN
◄ **18** ►
2023 **2024** 2025



▼ About this capture

**Kars 4 Kids PROGRAMS**
*Because kids are our future*

ABOUT      OUR PROGRAMS      VOLUNTEER      **DONATE**

# We need you. Let's do this together.

By joining us as a volunteer, you can make a difference! There are so many ways to help: whether you mentor, advocate or run an awareness campaign, we thank you.

## I'm **energetic**.

Are you a people person? Do you want to get involved in a hands on way? Do you really want to make a difference?

**VOLUNTEER**



## I'm a **visionary**.

I'm a 501(c)(3) looking to partner.

**LEARN HOW**

## I'm a **parent**.

Find out what challenges youth are facing today.

**MORE**

## I'm an **advocate**.

Are your politicians working towards a better future?

**MAKE SURE**

https://www.kars4kidsprograms.org/act-now/    Go

188 captures
26 Mar 2015 - 16 Dec 202?

JUN NOV JAN
◄ 18 ►
2023 2024 2025
About this capture



# I'm energetic.

Are you a people person? Do you want to get involved in a hands on way? Do you really want to make a difference?

**VOLUNTEER**

## I'm a visionary.

I'm a 501(c)(3) looking to partner.

**LEARN HOW**

## I'm a parent.

Find out what challenges youth are facing today.

**MORE**

## I'm an advocate.

Are your politicians working towards a better future?

**MAKE SURE**



Kars 4 Kids
BECAUSE KIDS ARE OUR FUTURE

About    Our Programs    Volunteer    Media    Ways To Give    Contact Us

© Copyright 2024. Kars4Kids is a 501c3 organization. Your donation will benefit Kars4Kids, a national organization dedicated to addressing the educational, material, emotional and spiritual needs of Jewish children and their families.