# EXHIBIT 24

**Pages 1 - 21**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

TIMOTHY DUGGER, individually      )
and on behalf of a class of       )
similarly situated                )
individuals,                      )
                                  )
          Plaintiff,              )
                                  )
   VS.                            )   **NO. 3:24-CV-02419-JD**
                                  )
KARS4KIDS INC. and OORAH          )
INC., inclusive,                  )
                                  )
          Defendants.             )
_____   )

San Francisco, California
Thursday, March 27, 2025

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
                KELLER GROVER LLP
                1965 Market Street
                San Francisco, California 94103
          BY:   **ROBERT W. SPENCER, ATTORNEY AT LAW**

For Defendants:
                KIRKLAND & ELLIS LLP
                555 South Flower Street
                Los Angeles, California 90071
          BY:   **ROBYN E. BLADOW, ATTORNEY AT LAW**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

MS. BLADOW:  Will Your Honor be issuing a written ruling?

THE COURT:  That is your disposition.

MS. BLADOW:  I would ask Your Honor, before finalizing that disposition, to consider the First Amendment arguments being made.

THE COURT:  We'll take that up later.  I'm not cutting your knees off on that, but I'm not going to do that now.

MS. BLADOW:  Okay.

THE COURT:  I want to see more about what's going on.

MS. BLADOW:  Then we --

THE COURT:  It's a big amendment.

MS. BLADOW:  We do intend to raise --

THE COURT:  You don't do that on the fly.

MS. BLADOW:  -- that again.

Charitable speech is protected, and we cited --

THE COURT:  It's a big amendment.

MS. BLADOW:  -- cases --

(Simultaneous cross-talk.)

(Court reporter requests clarification for the record.)

THE COURT:  I'm sorry, Ana.

MS. BLADOW:  I'm sorry, Your Honor.

THE COURT:  It's all right.

It's a big amendment.  We're not going to do that right now.  But get those two things done, and do a scheduling order,

and we'll get you on track.  Okay?

             **MR. SPENCER:**  Thank you, Your Honor.

             **THE COURT:**  All right.  Thanks.

             (Proceedings adjourned at 10:55 a.m.)

                   ---oOo---


## CERTIFICATE OF REPORTER

        I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:  Tuesday, April 8, 2025

*Ana Dub*

_____

Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG

CSR No. 7445, Official United States Reporter