Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Costa Center Drive
Costa Mesa, CA 92626
Telephone:    (213) 680-8400
Facsimile:    (714) 982-8844

David I. Horowitz (SBN 248414)
david.horowitz@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900

*Attorneys for Defendants*
*Kars4Kids Inc. and Oorah, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PAVEL SAVVA and ALEXANDER VICKERS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KARS4KIDS INC. and OORAH, INC.,<br><br>Defendants. | CASE NO. 4:25-CV-09498-YGR<br><br>**DEFENDANTS KARS4KIDS INC. AND OORAH, INC.'S NOTICE OF MANUAL FILING OF USB THUMB DRIVE CONTAINING VIDEO IDENTIFIED AS "EXHIBIT 1" TO DECLARATION OF ROBYN E. BLADOW IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date:  February 17, 2026<br>Hearing Time:  2:00 p.m.<br>Judge: Yvonne Gonzalez Rogers<br>Courtroom: Courtroom 1, 4th Floor<br><br>Complaint Filed Date:  November 4, 2025 |

# **MANUAL FILING NOTIFICATION**

Regarding:    Exhibit 1 to the Declaration of Robyn E. Bladow

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object: _____

_X_ Non-Graphical/Textual Computer File (audio, video, etc. on portable thumb drive):

*USB thumb drive containing the downloaded copy of the Kars4Kids television commercial located at https://www.youtube.com/watch?v=F94DBBJjzko identified as "Exhibit 1" to the Declaration of Robyn E. Bladow in Support of Defendants' Request for Judicial Notice.*

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description)

DATED:  January 12, 2026

KIRKLAND & ELLIS LLP

_/s/ Robyn E. Bladow_

Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Costa Center Drive
Costa Mesa, CA 92626
Telephone:     (213) 680-8400
Facsimile:     (714) 982-8844

David I. Horowitz (SBN 248414)
david.horowitz@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067
Telephone:     (310) 552-4200
Facsimile:     (310) 552-5900

_Attorneys for Defendants_
_Kars4Kids Inc. and Oorah, Inc._