1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                              **OAKLAND DIVISION**

11 | PAVEL SAVVA and ALEXANDER VICEKRS, individually and on behalf of a class of similarly situated individuals, | CASE NO. 4:25-CV-09498-YGR
12 | | [PROPOSED] **ORDER GRANTING STAY OF PROCEEDINGS AND CONTINUING MOTION TO DISMISS HEARING AND SCHEDULING CONFERENCE**
13 | Plaintiffs, |
14 | v. |
15 | KARS4KIDS INC. and OORAH, INC., | Complaint Filed Date: November 4, 2025
16 | Defendants. |

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER                                                CASE NO. 4:25-CV-09498-YGR

1  The Court, having reviewed the Parties' Stipulation to Stay Proceedings and Continue Motion to Dismiss Hearing and Scheduling Conference, finds good cause to grant the relief requested.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiffs' deadline to oppose Defendants' Motion to Dismiss is stayed until April 14, 2026;

2. The February 17, 2026 hearing on Defendants' Motion to Dismiss is vacated;

3. The February 2, 2026 Initial Case Management Conference and all related deadlines are vacated; and

4. The Parties shall apprise the Court of the outcome of mediation by filing a joint status report on or before March 20, 2026, and, if necessary, shall propose new dates for a Motion to Dismiss hearing and Initial Case Management Conference.

DATED: January 20, 2026

Honorable Yvonne Gonzalez Rogers
United States District Judge