Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:     (213) 680-8400
Facsimile:     (714) 982-8844

David I. Horowitz (SBN 248414)
david.horowitz@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067
Telephone:     (310) 552-4200
Facsimile:     (310) 552-5900

*Attorneys for Defendants*
*Kars4Kids Inc. and Oorah, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PAVEL SAVVA and ALEXANDER VICKERS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KARS4KIDS INC. and OORAH, INC.,<br><br>Defendants. | CASE NO. 4:25-CV-09498-YGR<br><br>**STATEMENT OF RECENT DECISION**<br><br>Judge: Yvonne Gonzalez Rogers<br>Courtroom: Courtroom 1, 4th Floor<br><br>Complaint Filed Date:  November 4, 2025 |

Defendants Kars4Kids Inc. and Oorah Inc. respectfully submit this Statement of Recent Decision pursuant to Local Rule 7-3(d)(2) in support of their motion to dismiss Plaintiffs Savva and Vickers' complaint ("Motion", Dkt. No. 17).

In support of their Opposition to the Motion, Plaintiffs submitted a Statement of Recent Decision attaching a Minute Order from the state court in *Puterbaugh v. Kars4Kids, LLC*, Case No. 30-2021-01216844-CU-BT-CJC (Superior Court of California, County of Orange). *See* Dkt. 32. In connection with its appeal of that state court ruling, Kars4Kids petitioned the Court of Appeal of the State of California, Fourth Appellate District, for a writ of supersedeas and requested a stay of the state court's injunction, arguing that the underlying appeal raises substantial questions of law and the balance of equities supports a stay.

On June 4, 2026, the California Court of Appeal granted the writ of supersedeas and stayed the injunction and all proceedings in that action pending resolution of Kars4Kids's appeal. That June 4, 2026 order is attached hereto as Exhibit A.

DATED: June 4, 2026                    KIRKLAND & ELLIS LLP

*/s/ Robyn E. Bladow*
Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:    (213) 680-8400
Facsimile:    (714) 982-8844

David I. Horowitz (SBN 248414)
david.horowitz@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900

*Attorneys for Defendants*
*Kars4Kids Inc. and Oorah, Inc.*

STATEMENT OF RECENT DECISION                    1                    CASE NO. 4:25-CV-09498-YGR