# EXHIBIT A

Court of Appeal, Fourth Appellate District, Division Three
Brandon L. Henson, Clerk/Executive Officer
Electronically FILED on 6/4/2026 by Amy Garza, Deputy Clerk

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| BRUCE PUTERBAUGH,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>KARS 4 KIDS INC.,<br><br>    Defendant and Appellant. | G066958<br><br>(Super. Ct. No. 30-2021-01216844)<br><br>O R D E R |

THE COURT:*

On May 28, 2026, appellant filed a petition for a writ of supersedeas and request for temporary stay. At this court's invitation, respondent filed an informal response on June 2, 2026.

Having reviewed and considered all the briefing, the petition for writ of supersedeas is GRANTED. The injunction and all other proceedings in this action are STAYED pending resolution of this appeal or further order of this court.

DELANEY, ACTING P. J.

*  Before Delaney, Acting P. J., Gooding, J., and Scott, J.